J. Don FOSTER, an individual,
Plaintiff-Appellee,
Cross-Appellant,

v.

JESUP AND LAMONT SECURITIES CO., INC., a corporation,
Defendant-Appellant, Cross-Appellee.

J. Don FOSTER, an individual,
Plaintiff-Appellant,
Cross-Appellee,

v.

TEXAS PARTNERS '80 LTD., a limited partnership, Minnick Resources Management, Inc., a corporation, F. Wendell Minnick, an individual, Jesup and Lamont Securities Co., Inc., a corporation, and Pyron Exploration and Drilling Corp., a corporation, Defendants-Appellees, Cross-Appellants.

Nos. 83–7573, 84–7255.

United States Court of Appeals,
Eleventh Circuit.

Feb. 4, 1986.

W. Ramsey McKinney, Jr., Mobile, Ala., for J. Don Foster.

William H. Hardie, Jr., Richard Petermann, Mobile, Ala., John L. Taylor, Jr., Atlanta, Ga., for Texas Partners '80 Ltd., et al.

John L. Schaub, John L. Taylor, Jr., Atlanta, Ga., William H. Hardie, Jr., Mobile, Ala., for Jesup & Lamont.

Before KRAVITCH and ANDERSON, Circuit Judges, and ATKINS *, Senior District Judge.

PER CURIAM:

In light of the answers to certified questions by the Supreme Court of Alabama,

* Hon. C. Clyde Atkins, Senior U.S. District Judge for the Southern District of Florida, sitting by designation.

482 So.2d 1201 (Ala.1986), the judgment of the district court is AFFIRMED. With respect to Foster's claim that the district court erred in its award of attorney's fees, we conclude that there is no error. Foster is entitled to attorney's fees on this appeal, the amount to be determined by the district court. Costs on appeal shall be borne by Jesup and Lamont.